IN THE DISTRICT COURT FOR THE COUNTY OF SANTA FE
STATE OF NEW MEXICO

FILED
UNITED STATES DISTRICT COURT
SANTA FE, NEW MEXICO

FEB 24 2025

MITCHELL R. ELFERS
CLERK

1. *Jacob DeWitte, pro se*  )
2. *Caroline Cochran, pro se*  )
   )
   )
   Plaintiffs,  )
   )
v.  ) Case No. CV 25-191
   )
1. USAA INSURANCE AGENCY,  )
   a foreign for-profit insurance corporation,  )
   )
   Defendant.  )

## PETITION

### VENUE AND JURISDICTIONAL FACTS

1. Plaintiffs, Jacob DeWitte and Caroline Cochran, husband and wife, are each owners of a home in the county of Santa Fe in the state of New Mexico.

2. Defendant, USAA INSURANCE AGENCY, is a foreign for-profit insurance corporation, incorporated and organized under the laws of the State of Georgia.

3. Upon information and belief, the principal place of business for Defendant, USAA INSURANCE AGENCY, is San Antonio, Texas.

4. Defendant, USAA INSURANCE AGENCY, is licensed to conduct business in the State of New Mexico and may be served with process through the New

Mexico Department of Insurance.

5. This action is not related to any other case filed in this Court.

6. The matters set forth herein occurred in Santa Fe County, State of New Mexico.

7. The amount in controversy is in excess of Three Hundred and Twenty Thousand Dollars ($320,000.00), including a reasonable estimate in excess of Two Hundred and Ninety Thousand Dollars ($290,000) in costs and additional interest and expected attorney fees.

## SUBSTANTIVE FACTS

8. Plaintiffs hereby assert, allege and incorporate paragraphs 1-7 herein.

9. At all times material hereto, the Plaintiffs owned certain personal property at their real estate property located at 68 Camino Quien Sabe in the County of Santa Fe.

10. On or about February 19, 2023, Plaintiffs' property was damaged/destroyed as the result of a plumbing malfunction causing extensive water damage to the interior of the master suite, and Plaintiffs timely submitted their claim to Defendant. (USAA INSURANCE AGENCY Claim Number 009395140/93A).

11. At all times material hereto, Plaintiffs and the above-described property were insured pursuant to the terms and conditions of a homeowners insurance policy,

Policy No. CIC 00939 51 40 93A, issued by the Defendant, USAA INSURANCE AGENCY.

12. At all times material hereto, Plaintiffs complied with the terms and conditions of their insurance policy.

13. Water damage is a covered peril under the subject policy and the damages to Plaintiffs' property caused by the water are covered pursuant to the terms and conditions of the policy issued by the Defendant, USAA INSURANCE AGENCY.

## Count I: Breach of Contract

14. Plaintiffs hereby assert, allege and incorporate paragraphs 1-13 herein.

15. The above-described insurance policy issued by Defendant was in effect on February 19, 2023. Plaintiffs timely submitted a claim to Defendant for the covered damages (Claim Number 009395140/93A).

16. The acts and omissions of Defendant, USAA INSURANCE AGENCY, in the investigation, evaluation, handling and payment/denial of Plaintiffs' claim were unreasonable and constitute a breach of contract for which contractual damages are hereby sought. Defendant, USAA INSURANCE AGENCY, breached its contract with Plaintiffs, by failing to conduct a reasonable investigation of Plaintiffs' claim, by evaluating the results of its investigation unreasonably and by unreasonably failing to issue payment for Plaintiffs' water damaged personal property and

contents. Defendant unreasonably refused to issue payment for the covered water damage to Plaintiffs' personal property without a reasonable basis and unreasonably delayed the issuance of payments to Plaintiffs which were due and owing under the terms and conditions of the policy.

### Count II: Bad Faith

17. Plaintiffs hereby assert, allege and incorporate paragraphs 1-16 herein.

18. Defendant acted unreasonably and in bad faith by failing to conduct a reasonable investigation of Plaintiffs' claim, by evaluating the results of its investigation unreasonably and by unreasonably failing to issue payment for Plaintiffs' fire damaged personal property. Defendant unreasonably refused to issue payment for the covered water damage to Plaintiffs' personal property without a reasonable basis and unreasonably delayed the issuance of payments to Plaintiffs which were due and owing under the terms and conditions of the policy.

### Count III: Punitive Damages

19. Plaintiffs hereby assert, allege and incorporate paragraphs 1-18 herein.

20. The unreasonable conduct of the Defendant, USAA INSURANCE AGENCY, in the handling of Plaintiffs' claim was intentional, willful, wanton and was committed with a reckless disregard for the rights of the Plaintiffs for which punitive damages are hereby sought.

## Demand for Jury Trial

21. Plaintiffs hereby request that the matters set forth herein be determined by a jury of their peers.

## Prayer

22. Having properly plead, Plaintiffs hereby seeks contractual, bad faith and punitive damages against the Defendant, USAA INSURANCE AGENCY, all in an amount in excess of $320,000.00; including costs, interest and attorney fees. Plaintiffs request that the date of the filing of this claim be noted as the same date as the mailing was postmarked and the date of the enclosed check for the filing fee, that is, February 19, 2025.

Respectfully submitted,

_____
Jacob DeWitte, *pro se*
68 Camino Quien Sabe
Santa Fe, NM 87505


_____
Caroline Cochran, *pro se*
68 Camino Quien Sabe
Santa Fe, NM 87505





U.S. POSTAGE IMI
$14.95
CPU
PRFL   RDC 03
Orig: 94085
Dest: 87501   8W
02/19/25
S2322T501426
2000051724   02

**UNITED STATES POSTAL SERVICE® | PRIORITY® MAIL**

- Expected delivery date specified for domestic use.
- Domestic shipments include $100 of insurance (restrictions apply).*
- USPS Tracking® service included for domestic and many international destinations.
- Limited international insurance.**
- When used internationally, a customs declaration form is required.

*Insurance does not cover certain items. For details regarding claims exclusions see the Domestic Mail Manual at http://pe.usps.com.
** See International Mail Manual at http://pe.usps.com for availability and limitations of coverage.



CERTIFIED MAIL®
9589 0710 5270 2305 0342 51

To schedule free Package Pickup,
scan the QR code.



USPS.COM/PICKUP

**FLAT RATE ENVELOPE**
ONE RATE ■ ANY WEIGHT

**TRACKED ■ INSURED**


PS00001000014
EP14F October 2023
OD: 12 1/2 x 9 1/2



FROM:
Jake and Caroline DeWitte
440 Moffett Blvd unit 38
Mountain View, CA 94043

RECEIVED
UNITED STATES DISTRICT COURT
SANTA FE, NEW MEXICO
FEB 24 2025
MITCHELL R. ELFERS
CLERK

TO:
Attn: Clerk of Court
US District Court, District of New Mexico
Santiago E Campus US Courthouse
106 South Federal Place
Santa Fe, NM 87501